No. 74–248.  UNITED STATES GYPSUM CO. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO.  C. A. 5th Cir.  Certiorari denied.

No. 74–249.  PERINI, CORRECTIONAL SUPERINTENDENT *v.* BROOKS.  C. A. 6th Cir.  Certiorari denied.

No. 74–257.  PYNE ET AL. *v.* GREEN.  Super. Ct. Pa.  Certiorari denied.

No. 74–259.  GARDNER *v.* OREGON.  Ct. App. Ore.  Certiorari denied.

No. 74–263.  LIBBEY-OWENS-FORD CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 74–264.  BANCO DO BRASIL *v.* VENORE TRANSPORTATION CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–282.  GENERES *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SHASTA ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 74–290.  SIEGFERTH, GUARDIAN, ET AL. *v.* BALTIMORE & OHIO RAILROAD CO.  C. A. 6th Cir.  Certiorari denied.

No. 74–291.  AANESTAD, ADMINISTRATRIX *v.* BEECH AIRCRAFT CORP.  C. A. 9th Cir.  Certiorari denied.

No. 74–292.  EMPIRE FIRE & MARINE INSURANCE CO. ET AL. *v.* MEYERHOFER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 74–297.  BUTCHER ET UX. *v.* BURTON ABSTRACT & TITLE CO.  Ct. App. Mich.  Certiorari denied.